### E. E. SHANER v. STATE.
### No. 17846.

Court of Criminal Appeals of Texas.
Dec. 18, 1935.

Robert C. Benavides and J. E. McLemore, Jr., both of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The conviction is for unlawfully driving an automobile while intoxicated; penalty assessed at confinement in the penitentiary for one year and one day.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.

### Leon WILKS v. STATE.
### No. 18149.

Court of Criminal Appeals of Texas.
Dec. 11, 1935.

E. F. Fruechte, of Carlsbad, N. M., for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is burglary; penalty assessed at·confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.